Nov. Term,
1861.

HUSTON
v.
STEPHENSON.

*N. O. Ross* and *R. P. Effinger*, for the appellant.
*Shirk* and *Wilson*, for the appellees.

---

HUSTON *v.* STEPHENSON.

APPEAL from the *Hamilton* Common Pleas.
*Per Curiam.* —Suit to foreclose a mortgage. Appearance by defendant. Rule upon him to answer; and judgment by default for want of an answer. No motion for a new trial; no exceptions; no motion to review or correct the judgment below.

*Friday,
December 6.*

The judgment is affirmed, with 5 per cent. damages and costs.

*Dewitt C. Chipman*, for the appellant.
*J. F. Gardner*, for the appellee.